■ STEPHEN KRAVETZ, Appellant, v FARMERS PRODUCTION CREDIT ASSOCIATION OF ONEONTA, Respondent.—Judgment of the Supreme Court, Westchester County, entered March 1, 1979, affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice Ruskin at Special Term. Mollen, P. J., Lazer, Gibbons and Margett, JJ., concur.

■ MARY NOBISSO, Respondent, v SIDNEY FREED, Appellant.—In an action for dental malpractice, the defendant appeals from an order of the Supreme Court, Suffolk County, dated July 31, 1979, which denied his motion to dismiss the complaint and directed him to accept service of the complaint previously rejected. Order reversed, on the law, with $50 costs and disbursements, and motion to dismiss granted. Plaintiff has failed to demonstrate any excuse for delay in serving a complaint and has also failed to submit an adequate affidavit of merits. Under these circumstances, denial of defendant's motion was an abuse of discretion (see *Verre v Rosas,* 63 AD2d 1001, affd 47 NY2d 795). Mangano, J. P., Cohalan, Martuscello and O'Connor, JJ., concur.